UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| TAYLOR TOUSSAIN, | ) | No. CV 13-3405-AG (PLA) |
|       Petitioner, | ) | **JUDGMENT** |
|       v. | ) | |
| CYNTHIA TAMPKINS, Warden, | ) | |
|       Respondent. | ) | |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: May 31, 2014

_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE